UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jacob-Franz: Dyck
3000 Green Mountain Drive
100-417
Branson, Missouri 65616

      Plaintiff

      v.

JOHN CLARK,
US MARSHALL HDQTRS
WASHINGTON DC 20530

CALLIE V.S. GRANADE
U.S. COURTHOUSE
113 ST. JOSEPH ST.
MOBILE, AL 36602-3621

STEPHEN M. McNAMEE
625 O'CONNOR U.S. CTHSE
401 W. WASHINGTON ST.
PHOENIX, AZ 85003-2158

DANIEL L. HOVLAND
P.O. BOX 670
220 E. ROSSER AVE.
BISMARCK, ND 58502

N. CARLTON TILLEY, JR.
P.O. BOX 3443
PREMEYER FEDERAL CTHSE
GREENSBORO, NC 27402

RICHARD J. ARCARA
609 U.S. COURTHOUSE
68 COURT ST
BUFFALO, NY 14202-3493

CASE NUMBER 1:06MS00482

JUDGE: James Robertson

DECK TYPE: Miscellanous

DATE STAMP: 11/02/2006

MARTHA VAZQUEZ
P.O. BOX 2710
120 S. FEDERAL PLACE
SANTA FE, NM 87501

GARRETT E. BROWN, JR.
CLARKSON S. FISHER U.S. CTHSE
402 E. STATE ST. RM. 4050
TRENTON, NJ 08608

STEVEN J. MCAULIFFE
RUDMAN U.S. CTHSE
55 PLEASANT ST.
CONCORD, NH 03301

PHILLIP M. PRO
LLOYD D. GEORGE U.S. CTHSE
333 LAS VEGAS BLVD. SO. #7015
LAS VEGAS, NV 89101

JOSEPH F. BATAILLON
HRUSKA U.S. CTHSE
111 S. 18TH PLAZA, STE. 3259
OMAHA, NE 68102-1322

DONALD W. MOLLOY
RUSSELL SMITH CTHSE
201 E. BROADWAY
MISSOULA, MT 59802

DEAN WHIPPLE
8652 U.S. CTHSE
400 E. NINTH ST
KANSAS CITY, MO 64106

BERNARD A. FRIEDMAN
238 THEODORE LEVIN US CTHSE
231 W. LAFAYETTE BLVD.
DETROIT, MI 48226

WILLIAM G. YOUNG
MOAKLEY U.S. CTHSE
1 COURTHOUSE WAY
BOSTON, MA 02210

BENSON EVERETT LEGG
101 W. LOMBARD ST. #3D
BALTIMORE, MD 21201

GEORGE Z. SINGAL
U.S. DISTRICT COURT
156 FEDERAL ST.
PORTLAND, ME 04101

HELEN G. BERRIGAN
C-556 U.S. CTHSE
500 POYDRAS ST.
NEW ORLEANS, LA 70130-3353

ORINDA D. EVANS
1988 RUSSELL FEDERAL BLDG
75 SPRING ST. SW
ATLANTA, GA 30303-3309

DAVID A. EZRA
C-400 U.S. CTHSE
300 ALA MOANA BLVD.
HONOLULU, HI 96850-0400

LYNN WINMILL
MCCLURE FED. BLDG. & CTHSE
550 W. FORT ST. MSC 040
BOISE, ID 83724

CHARLES P. KOCORAS
2548 DIRKSEN BLDG
219 S. DEARBORN ST.
CHICAGO, IL 60604

ROBERT L. MILLER, JR
325 ROB'T A. GRANT FED. BLDG.
204 S. MAIN ST.
SOUTH BEND, IN 46601

MARK W. BENNETT
313 U.S. CTHSE
320 SIXTH ST.
SIOUX CITY, IA 51101

JOHN W. LUNGSTRUM
517 ROB'T DOLE US CTHSE
500 STATE AVE.
KANSAS CITY, KS 66101

JOSEPH M. HOOD
219 US CTHSE
101 BARR ST.
LEXINGTON, KY 40507

SUE L. ROBINSON
BOGGS FED. BLDG. (BOX 31)
844 KING ST. RM 6124
WILMINGTON, DE 19801

THOMAS F. HOGAN
E. BARRETT PRETTYMAN
333 CONSTITUTION AVE. NW
#4114
WASHINGTON, DC 20001

ROBERT L. HINKLE
111 N. ADAMS ST.
TALLAHASSEE, FL 32301

ROBERT N. CHATIGNY
450 MAIN ST.
HARTFORD, CT 06103

LEWIS T. BABCOCK
ALFRED A. ARRAJ US CTHSE
901 – 19TH ST. RM. A273
DENVER, CO 80294-3589

VAUGHN R. WALKER
PO BOX 36060
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3489

JOSEPH F. ANDERSON, JR.
PO BOX 447
MATTHEW J. PERRY JR. CTHSE
901 RICHALND ST.
COLUMBIA, SC 29201

ERNEST C. TORRES
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

GAMES T. GILES
17614 BYRNE US CTHSE
INDEPENDENCE MALL, WEST
601 MARKET ST.
PHILADELPHIA, PA 19106-1771

ANCER L. HAGGERTY
1307 US CTHSE
1000 SW THIRD AVE.
PORTLAND, OR 97204-2902

JAMES G. CARR
203 US CTHSE
1716 SPIELBUSCH AVE.
TOLEDO, OH 43624-1363

CLAIRE V. EAGAN
US CTHSE
333 WEST FOURTH ST.
TULSA, OK 74103-3819

DANIEL L. HOVLAND
PO BOX 670
220 E. ROSSER AVE.
BISMARCK, ND 58502

*duplicated*

LAWRENCE L. PIERSOL
FED BLDG. & US CTHSE
400 S. PHILLIPS AVE., #202
SIOUX FALLS, SD 57104-6851

JOE FISH
1528 EARLE CABELL FED BLDG
1100 COMMERCE ST
DALLASM TX 75242-1597

DEE V. BENSON
253 US CTHSE
350 SOUTH MAIN ST.
SALT LAKE CITY, UT 84101-2180

WILLIAM K. SESSIONS III
PO BOX 928
BURLINGTON, VT 05402

RANDOLPH T. RANDA
310 US CTHSE
517 E. WISCONSIN AVE.
MILWAUKEE, WI 53202

FRED L. VAN SICKLE
PO BOX 2209
SPOKANE, WA 99210-2209

WILIAM F. DOWNES
210 US CTHSE
111 S. WOLCOTT
CASPER, WY 82601

JON PHIPPS MCCALLA
CHAMBERS ROOM 907
167 N. MAIN ST
MEMPHIS, TN 38103

DAVID A. FABER
PO BOX 4278
BLUEFIELD, WV 24701

JAMES R. SPENCER
US CTHSE
1000 E. MAIN ST
RICHMOND, VA 23219

SUSAN WEBBER WRIGHT
522 US CTHSE
600 W. CAPITOL AVE.
LITTLE ROCK, AR 72201-3325

      RESPONDENTS (DEFENDANTS)

---

## MOTION TO SHOW CAUSE

---

### Affidavit

I, Jacob-Franz: Dyck, am competent to testify and make this affidavit as a follower of the Messiah, In the laws of the Almighty Supreme Creator, first and foremost and the laws of Man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James5:12 [C.I.R. v. Ferguson USCA 90-1430], let our yeas be yea and our nays nay, as supported by your Federal law 97-280, 96 Stat. 1211. We have personal knowledge of the matters stated herein and hereby asseverate understanding the liabilities presented in your Briscoe v. Lahue 46 U.S. 325.

Show cause in what way, if any, you were threatened (physically, emotionally or mentally), by my two previous contacts with you. Your silence will mean consent that you were not threatened. You have ten (10) days to respond to this to show cause of action.

I am not an expert in the law; however, I know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendments to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this affidavit, please advise me in written affidavit form within the

7

allotted time (21 days) from receipt hereof providing me with your counter affidavit by all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts or conclusions of law, that this affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father through the power and authority of the blood of his Son be done on earth as it is in Heaven.

Date: November 2, 2006

*by: Jacob-Franz: Dyck* (signature)

Jacob-Franz: Dyck
3000 Green Mountain Drive
100-417
Branson, Missouri 65616