UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACOB-FRANZ: DYCK, :
 :
    Plaintiff, :
 :
  v. : Misc. Action No. 06-0482 (JR)
 :
JOHN CLARK, *et al.*, :
 :
    Defendants. :

## ORDER

The Clerk has properly docketed the "motion to show cause" filed in this case as a Miscellaneous matter. It is not a complaint. It contains neither a statement of the grounds upon which the Court's jurisdiction depends, nor the required "statement of claims showing that the pleader is entitled to relief." It seems only to challenge about 50 named "defendants," all but one apparently federal district judges, to "show cause, in what way, if any, [they] were threatened (physically, emotionally or mentally), by [plaintiff's] two previous contacts with [them]." Neither in form nor substance does this document command or deserve the attention of this Court or require any response from the people named. It is by the Court *sua sponte* **ORDERED** that this Miscellaneous matter is stricken from the records of this Court.

                                      JAMES ROBERTSON
                           United States District Judge